UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-21429-BLOOM/OTAZO-REYES

GERTI MUHO,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

THIS CAUSE came before the Court upon Petitioner Gerti Muho's ("Petitioner") Motion to Vacate, Set Aside, or Correct Sentence, and for New Trial, pursuant to 28 U.S.C. § 2255 (hereafter, "Section 2255 Motion") [D.E. 1]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 5]. The undersigned held a telephonic status conference on this matter on July 15, 2022 (hereafter, "Status Conference"). In accordance with the undersigned's rulings at the Status Conference, it is

ORDERED AND ADJUDGED as follows:

1.    By **August 31, 2022**, Petitioner SHALL FILE his contemplated motion for leave to conduct discovery in accordance with the applicable Section 2255 procedure. The United States of America ("Respondent") SHALL FILE its response by **September 9, 2022**. The undersigned will not require a reply and will promptly address the potential scope of discovery, if any.

2.    By **September 30, 2022**, Petitioner SHALL FILE a Reply in Support of his Section 2255 Motion, limited to twenty-five pages in length. Should Petitioner be granted leave to conduct discovery, he may seek an extension of this deadline, if needed.

3. The undersigned defers Petitioner's request for an evidentiary hearing pending his filing of the Reply in Support of his Section 2255 Motion.

DONE AND ORDERED in Chambers at Miami, Florida this 15th day of July, 2022.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Beth Bloom
    Counsel of Record